
**FENNEMORE CRAIG JONES VARGAS**
Karl L. Nielson, Esq. (No. 5082)
300 South Fourth St. 14th Floor
Las Vegas, Nevada 89101
Telephone: 702-692-8044
Facsimile: 702-692-8099
*Local Counsel for Plaintiffs Stellia Limited and Stellia, Ltd.*

**DAVID STEINER & ASSOCIATES, PLC**
David P. Steiner, Esq.
1875 Century Park East, Suite 2230
Los Angeles, California 90067
Telephone: (310) 557-8422
Facsimile: (310) 556-0336
dpsartnetlaw@gmail.com
*Pro Hac Vice Lead Counsel for Plaintiffs Stellia Limited and Stellia, Ltd.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STELLIA LIMITED, a Maltese limited liability company; and STELLIA, LTD., a Nevada limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>B+S CARD SERVICE GmbH, a German limited liability company,<br><br>Defendant. | Case No.: 2-12-cv-01099-GMN-PAL<br><br>Judge Gloria M. Navarro<br><br>**NOTICE OF REQUEST FOR REMOVAL OF ATTORNEY CONTACT INFORMATION FROM MAILING LISTS AND COURT NOTICES** |

NOTICE IS HEREBY GIVEN that the law firm of Fennemore Craig Jones Vargas requests that this Court and all parties in the within matter remove the name and contact information of Amanda J. Cowley, Esq. of the law firm of Fennemore Craig Jones Vargas from any mailing/service lists, electronic (acowley@fclaw.com; tday@fclaw.com) or otherwise, used

/ / /

/ / /

/ / /

/ / /

for noticing and service in this matter.  All other persons from the law firm of Fennemore Craig Jones Vargas are to remain on the mailing/service lists in the within matter.

DATED this 2nd day of November, 2012.

FENNEMORE CRAIG JONES VARGAS

BY: _____
Karl L. Nielson, Esq. (No. 5082)
Amanda J. Cowley (Bar No. 4578)
300 South Fourth St. 14th Floor
Las Vegas, Nevada 89101
Telephone: 702-692-8044
Facsimile: 702-692-8099

*Local Counsel for Plaintiffs Stellia Limited and Stellia, Ltd.*

IT IS SO ORDERED this 5th day of November, 2012.

_____
Peggy A. Leen
United States Magistrate Judge

# CERTIFICATE OF SERVICE

1. On November 2, 2012, I served the following document(s):

**NOTICE OF REQUEST FOR REMOVAL OF ATTORNEY CONTACT INFORMATION FROM MAILING LISTS AND COURT NOTICES**

I served the above-named document(s) by the following means to the persons as listed below:

[X]  a.  **ECF System** (attach the "Notice of Electronic Filing" or list all persons and addresses):

David P. Steiner        dpsartnetlaw@gmail.com

Karl L. Nielson         knielson@fclaw.com, clandis@fclaw.com

[ ]  b.  **United States mail, postage fully prepaid** (list persons and addresses): N/A

**I declare under penalty of perjury that the foregoing is true and correct.**

DATED this 2nd day of November, 2012.

_____
An Employee of Fennemore Craig Jones Vargas