1 | **FENNEMORE CRAIG JONES VARGAS**
2 | Karl L. Nielson, Esq. (No. 5082)
    300 South Fourth St. 14th Floor
3 | Las Vegas, Nevada 89101
    Telephone: 702-692-8044
4 | Facsimile: 702-692-8099
    *Local Counsel for Plaintiffs Stellia Limited and*
5 | *Stellia, Ltd.*

6 | **DAVID STEINER & ASSOCIATES, PLC**
    David P. Steiner, Esq.
7 | 1875 Century Park East, Suite 2230
    Los Angeles, California 90067
8 | Telephone: (310) 557-8422
    Facsimile: (310) 556-0336
9 | dpsartnetlaw@gmail.com
    *Pro Hac Vice Lead Counsel for Plaintiffs*
    *Stellia Limited and Stellia, Ltd.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STELLIA LIMITED, a Maltese limited liability company; and STELLIA, LTD., a Nevada limited liability company, | Case No.: 2-12-cv-01099-GMN-PAL |
| | Judge Gloria M. Navarro |
| Plaintiffs, | |
| vs. | **UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS** |
| B+S CARD SERVICE GmbH, a German limited liability company, | |
| Defendant. | **(First Request: Expedited Treatment Requested)** |

Plaintiffs, Stellia Limited and Stellia, Ltd. ("Plaintiffs"), by and through their attorneys of record, the law firm of Fennemore Craig Jones Vargas and David Steiner & Associates, PLC, hereby move **unopposed** for an Order To Extend Time to Respond to Defendant B+S Card Service GmbH's ("Defendant") Motion to Dismiss the Complaint ("Motion") filed November 20, 2012, pursuant to Rule 6 of the Federal Rules of Civil Procedure and Local Rules 6-1 and 6-2. Expedited treatment is requested because the current deadline for Plaintiff to file a response to Defendant's Motion is December 7, 2012, and without expedited treatment, the period may run before Plaintiffs' Unopposed Motion is adjudicated. Plaintiffs seek an extension of 45 days from December 7, 2012 to January 21, 2013 in which to file their opposition.

7635644.1/031814.0001

1    This motion is supported by the following memorandum of points and authorities, the

2    Declaration of Karl L. Nielson, attached as Exhibit 1 hereto, the papers and pleadings on file

3    with the Court in this matter, and any argument that the Court may entertain should the Court

4    require a hearing on this motion.

5    **MEMORANDUM OF POINTS AND AUTHORITIES**

6    **I.**

7    **STATEMENT OF FACTS**

8    Defendant's local Nevada counsel expressly confirmed that Defendant does not oppose

9    Plaintiffs' request for additional time in which to file an opposition to the Motion to Dismiss

10   Defendant filed on November 20, 2012 (Document # 23).  *See* Declaration of Karl L. Nielson

11   attached as Exhibit 1. Given that Plaintiffs' opposition is currently due on December 7, 2012,

12   Plaintiffs request for an additional 45 days to file would result in an extension to January 21,

13   2013.  Moreover, given that the requested extension is unopposed, it should be granted as a

14   stipulation for the same extension would be granted.

15   Further, there is good cause for Plaintiffs' request.  Defendant's Motion to Dismiss is 27

16   pages, contains complex issues of law, and has attached to it lengthy declarations regarding the

17   issues.  These issues touch not only on issues of American law and jurisprudence but also on

18   issues of due process in the German court system.  To respond to the length and complexity of

19   Defendant's motion and declarations will require much more time to respond than the customary

20   14 days.  Plaintiffs will have to secure experts and witnesses to respond to Plaintiffs' declarations,

21   which experts and witnesses may potentially be located outside of the country.  Complicating the

22   situation is the holiday season which will make securing the information and obtaining the

23   necessary responses in a timely manner virtually impossible without additional time.  Most

24   critically, there is no prejudice to Defendant as to this extension as illustrated by their

25   acquiescence thereto.  Based on the foregoing, good cause exists for Plaintiffs' unopposed

26   motion.

27   / / /

28   / / /

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## II.

## <u>LEGAL ARGUMENT</u>

Rule 6 of the Federal Rules of Civil Procedure generally allows for the extension of time for a procedural deadline based on good cause.  Local rules 6-1 and 6-2 address the specific requirements for requests for extension of time, including the extension of time to file an opposition to a motion.  Rule 6-2 specifically contemplates the submission of an unopposed motion to extend time such as the one submitted by Plaintiffs herein.  Based on the Court's broad discretion to grant Plaintiffs' unopposed Motion and the good cause outlined above, Plaintiffs' request for an extension of 45 days to respond to Defendant's Motion to Dismiss should be granted.  It is further requested that the Court adjudicate Plaintiffs' Motion to Extend on an expedited basis since the current deadline to respond to Defendant's Motion to Dismiss is December 7, 2012 and will pass without expedited treatment.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

FENNEMORE CRAIG JONES
VARGAS

LAS VEGAS

7635644.1/031814.0001

- 3 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### III.

### CONCLUSION

For the above reasons, it is respectfully requested that the response deadline date of December 7, 2012, for Plaintiffs to respond to Defendant's Motion to Dismiss be extended for forty-five (45) days up to and including January 21, 2013.

DATED this 330th day of November, 2012.

**FENNEMORE CRAIG JONES VARGAS**

By: /s/ Karl L. Nielson
    Karl L. Nielson, Esq. (No. 5082)
    300 South Fourth St. 14th Floor
    Las Vegas, Nevada 89101
    Telephone: (702) 692-8044
    Facsimile: (702) 692-8099

*Local Counsel for Plaintiffs*
*Stellia Limited and Stellia, Ltd.*

**DAVID STEINER & ASSOCIATES, PLC**

By: /s/ David P. Steiner
    David P. Steiner, Esq.
    1875 Century Park East, Suite 2230
    Los Angeles, California 90067
    Telephone: (310) 557-8422
    Facsimile: (310) 556-0336

*Pro Hac Vice Lead Counsel for Plaintiffs*
*Stellia Limited and Stellia, Ltd.*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

Dated: _December 3, 2012